**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEB - 8 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

OMAR LEWIS

Criminal Indictment

No. 1:22-CR-042

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least as of on or about January 4, 2021, and continuing until on or about January 13, 2021, in the Northern District of Georgia and elsewhere, the defendant, OMAR LEWIS, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about January 4, 2021, in the Northern District of Georgia, the defendant, OMAR LEWIS, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendant, OMAR LEWIS, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to, the following:

(a)     MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Counts One and Two of this Indictment.

If any property described above, as a result of any act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be divided

without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendant up to the value

of the above forfeitable property.

A _____ True _____ BILL

_____ Valerie _____
FOREPERSON

KURT R. ERSKINE
 United States Attorney

SARAH E. KLAPMAN
 Assistant United States Attorney
Georgia Bar No. 437221

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3